## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHIT NONE, | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **CIVIL NO. 26-3549** |
| | : | |
| J.L. JAMISON et al., | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW,** this **28th** day of **May 2026,** upon consideration of Mohit None's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. None from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on May 29, 2026.

2. The Government is enjoined from detaining Mr. None under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

HONORABLE KAI N. SCOTT
**United States District Court Judge**